UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CATALIN MIHAI DRAGOMIR<br><br>Defendant. | Magistrate Case No.: 16-3647<br><br><br>CONSENT ORDER<br>MODIFYING BAIL CONDITIONS |

**THIS MATTER** having come before the Court on the application of Timothy M. Donohue, attorney for defendant Catalin Dragomir, for an Order modifying Mr. Dragomir's bail conditions so as to remove home confinement with electronic monitoring as a condition of his bail; and United States Pretrial Services (Vincent Ambrosiano) having reviewed and approved the same; and AUSA Kelly Graves having consented to the same; and for good cause shown,

**IT IS** on this 10th day of January, 2017;

**ORDERED** that the bail conditions for defendant Catalin Dragomir be, and the same hereby are, modified so as to remove home confinement with electronic monitoring as a condition of bail; and it is further

**ORDERED** that all other bail conditions shall remain in effect.

_____
Honorable Cathy Waldor

Consented as to form this 12
day of January, 2017

*Kelly Graves*
AUSA Kelly Graves